IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANKLIN KEITH PREWITT                                              PLAINTIFF

    vs.                              Civil No. 05-3017

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                              DEFENDANT

## JUDGMENT

Comes now the Court on this the 19th day of September, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                       /s/Bobby E. Shepherd
                                       Honorable Bobby E. Shepherd
                                       United States Magistrate Judge